IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAYMOND SAUNDERS,   *

Plaintiff   *

v.   *   Civil Action No. JKB-18-2953

WARDEN LAURA ARMSTEAD and   *
DEPARTMENT OF PUBLIC SAFETY
and CORRECTIONAL SERVICES (DPSCS)   *

Defendants   *

\*\*\*

## ORDER

Plaintiff Raymond Saunders was incarcerated at Patuxent Institution in Jessup, Maryland when he filed this lawsuit on September 24, 2018. By order dated October 29, 2018, he was notified of his affirmative duty to inform this Court of any change of address during the pendency of this case. ECF 6, ¶ 1; *see* Local Rule 102.1.b.iii. (D. Md. 2018). Defendants have filed a Motion to Dismiss with copies of Saunders's prison records. The records show Saunders was released from prison on November 21, 2018. ECF 11-2. On January 29, 2019, a copy of a notice sent to Saunders informing him that he may respond to Defendants' Motion to Dismiss was returned by the U.S. Postal Service marked "RTS [return to sender]/Paroled." ECF 13. Since his release, Saunders has not informed the Court of his new address. Consequently, the Complaint shall be dismissed without prejudice.

It is by the United States District Court for the District of Maryland, hereby ORDERED:

1. Defendants' Motion to Dismiss (ECF 11) IS DENIED WITHOUT PREJUDICE;

2. The case IS DISMISSED without prejudice;

3. The Clerk SHALL MAIL a copy of this Order to Plaintiff at his last known address and SHALL PROVIDE a copy to counsel; and

4. The Clerk SHALL CLOSE this case.

Dated this 12 day of February, 2019.

FOR THE COURT:

*James K. Bredar*
James K. Bredar
Chief Judge